ANN MILLER RAVEL, County Counsel (S.B. #62139)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA,
CARL SIMS, ROBERT LIDDLE
(sued herein as "R. LIDDLE")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| MELISSA DEATHRIDGE,<br><br>      Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br>CARL SIMS, R. LIDDLE AND<br>DOES 1 through 10,<br><br>      Defendants. | No.   C08-00660 HRL<br><br>**PROOF OF SERVICE BY MAIL** |

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served copies of:

**1) GENERAL ORDER NO. 40 PROHIBITION OF BIAS; and 2) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** by placing said copies in an envelope addressed to:

//

---

1  Marianne C. Rossi, Esq.
   Law Offices Of Marianne C. Rossi
2  702 Marshall St., #500
   Redwood City, CA 94063
3
4  which envelope was then sealed, with postage fully prepaid thereon, on **February 1, 2008,**
5  and placed for collection and mailing at my place of business following ordinary business
6  practices. Said correspondence will be deposited with the United States Postal Service at San
7  Jose, California, on the above-referenced date in the ordinary course of business; there is
8  delivery Service by United States mail at the place so addressed.
9      I declare under penalty of perjury under the laws of the State of California that the
10 foregoing is true and correct, and that this declaration was executed on **February 1, 2008**, at
11 San Jose, California.

*Catherine M. Grijalva*

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail      -2-      C08-00660 HRL