| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| | MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814) |
| 2 | KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360) |
| | OFFICE OF THE COUNTY COUNSEL |
| 3 | 70 West Hedding, East Wing, 9th Floor |
| | San Jose, California  95110-1770 |
| 4 | Telephone:  (408) 299-5900 |
| | Facsimile:  (408) 292-7240 |
| 5 | |
| | Attorneys for Defendants |
| 6 | COUNTY OF SANTA CLARA, |
| | CARL SIMS, and ROBERT LIDDLE |
| 7 | (sued herein as "R. LIDDLE") |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | | |
|---|---|---|
| MELISSA DEATHRIDGE | ) | No.   C08-00660 HRL |
| | ) | |
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| COUNTY OF SANTA CLARA, | ) | |
| CARL SIMS, R. LIDDLE AND | ) | |
| DOES 1 through 10, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

//

//

//

//

//

//

//

//

//

---

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California

Notice of Appearance                                     -1-                                     C08-00660 HRL

1  I, Melissa R. Kiniyalocts, hereby respectfully request that I also be recognized by the court
2  as counsel of record for Defendants County of Santa Clara, Carl Sims, and Robert Liddle, and
3  receive electronic filing notifications in the above-captioned case.

4  Dated:   February 4, 2008                                      Respectfully submitted,

   ANN MILLER RAVEL
   County Counsel

   By:    _____/S/_____
   MELISSA R.KINIYALOCTS
   Deputy County Counsel

   Attorneys for Defendants
   COUNTY OF SANTA CLARA,
   CARL SIMS, and ROBERTLIDDLE
   (sued herein as "R. LIDDLE")

112032.wpd