1 | MARIANNE C. ROSSI, ESQ. (SBN: 117377)
LAW OFFICES OF MARIANNE C. ROSSI
2 | 702 Marshall St., Suite 500
Redwood City, CA 94063
3 | (650) 364-7034

4 | Attorney for Plaintiff, Melissa Deatheridge

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DEATHERIDGE,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA,<br>CARL SIMS, R. LIDDLE AND<br>DOES 1 through 10,<br><br>Defendants.<br>_____ / | CASE NO. C08-00660 HRL<br><br>CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE JUDGE |

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 2-5-08

/s/MARIANNE C. ROSSI
Signature
Counsel for Plaintiff

Consent to Proceed Before A United States Magistrate Judge

1

1  MARIANNE C. ROSSI, ESQ. (SBN: 117377)
   LAW OFFICES OF MARIANNE C. ROSSI
2  702 Marshall St., Suite 500
   Redwood City, CA 94063
3  (650) 364-7034
   Attorney for Plaintiff,
4  MELISSA DEATHERIDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DEATHERAGE,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA,<br>CARL SIMS, R. LIDDLE AND<br>DOES 1 through 10,<br><br>    Defendants.<br>_____/ | CASE NO. C08-00660 HRL<br><br>PROOF OF SERVICE |

I, Sharon Renee Gallagher, hereby declare as follows:

I am employed at the Law Offices of Marianne C. Rossi, 702 Marshall St., #500, Redwood City, California 94063. I am over the age of eighteen years and am not a party to this action. On February 6, 2008, I served the within document(s):

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

in compliance with Civil L.R. 5-6(a), via electronic mail and regular mail as follows:

   Ann Miller Ravel, Esq.
   Office of County Counsel
   70 West Hedding, East Wing, 9th Floor
   San Jose, Ca  95110-1770

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed February 6, 2008, at Redwood City, California.

/s/ SHARON RENEE GALLAGHER
Sharon R. Gallagher

Proof of Service