1  MARIANNE C. ROSSI, ESQ. (SBN: 117377)
   LAW OFFICES OF MARIANNE C. ROSSI
2  702 Marshall St., Suite 500
   Redwood City, CA 94063
3  (650) 364-7034

4  Attorney for Plaintiff, Melissa Deatheridge

5

6                  UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8
   MELISSA DEATHERIDGE,              CASE NO. C08-00660 HRL
9
                  Plaintiff,          STANDING ORDER REGARDING CASE
10                                    MANAGEMENT IN CIVIL CASES
            vs.
11
   COUNTY OF SANTA CLARA,
12 CARL SIMS, R. LIDDLE AND
   DOES 1 through 10,
13
                  Defendants.
14                                     /

15 Attached hereto as Exhibit "A" is a Case Management in Civil Cases in regards to

16 the above-entitled matter.

17 Dated: February 6, 2008

18 /s/ MARIANNE C. ROSSI
   _____
19          Signature
            Counsel for Plaintiff

20

21

22

23

24

25

26

27

28
                   Standing Order Regarding Case Management in Civil Cases
                                         1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Case No. C08-00660 HRL

STANDING ORDER REGARDING
CASE MANAGEMENT IN CIVIL CASES

FILED JUL 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

This order sets forth requirements for initial case management in all civil matters assigned to District Judges James Ware, Ronald M. Whyte and Jeremy Fogel, and Magistrate Judges Patricia V. Trumbull, Richard Seeborg, and Howard R. Lloyd. All papers filed must include the case number of the action followed by the initials of the assigned district judge or magistrate judge and, if applicable, the initials of the magistrate judge to whom the action is referred for discovery or other pretrial activity.

Plaintiff shall serve a copy of this Standing Order on all parties to this action and on all parties subsequently joined, in accordance with Fed.R.Civ.P. 4 and 5. Following service, plaintiff shall file a certificate of service in accordance with Civil L.R. 5-6(a).

All disclosure or discovery disputes in cases assigned to district judges are referred to the assigned magistrate judge for determination pursuant to Fed.R.Civ.P. 72(a). Magistrate judges themselves handle disclosure and discovery disputes in the cases assigned to them.

Before selecting a hearing date for a motion before any of the judges of the San Jose Division, counsel must confer with opposing counsel to determine that the proposed hearing date will not cause undue prejudice.

Civil motions under Civil L.R. 7-2 in cases assigned to Judge Ware may be noticed for hearing on any Monday at 9:00 a.m.

Civil motions under Civil L.R. 7-2 in cases assigned to Judge Whyte may be noticed for hearing on any Friday at 9:00 a.m.

| | |
|---|---|
| 1 | Civil motions under Civil L.R. 7-2 in cases assigned to Judge Fogel may be noticed for hearing only |
| 2 | after contacting Judge Fogel's judicial secretary, Teresa Fleishman, at 408-535-5426 and obtaining an available |
| 3 | date. |
| 4 | Civil motions under Civil L.R. 7-2 in cases assigned to Magistrate Judge Trumbull may be noticed for |
| 5 | hearing on any Tuesday at 10:00 a.m. |
| 6 | Civil motions under Civil L.R. 7-2 in cases assigned to Magistrate Judge Seeborg may be noticed for |
| 7 | hearing on any Wednesday at 9:30 a.m. |
| 8 | Civil motions under Civil L.R. 7-2 in cases assigned to Magistrate Judge Lloyd may be noticed for |
| 9 | hearing on any Tuesday at 10:00 a.m. |
| 10 | Pursuant to Fed.R.Civ.P. 16 and 26 and Civil L.R. 16-10(a), a Case Management Conference will be |
| 11 | held on  5/20/08  at  1:30pm , at the United States Courthouse, 280 |
| 12 | South First Street, San Jose, California. This conference may be continued only by court order pursuant to Civil |
| 13 | L.R. 16-2(e). Parties may not stipulate to continue a Case Management Conference without court approval. |
| 14 | Pursuant to Civil L.R. 16-3, in advance of the Case Management Conference, counsel shall confer with |
| 15 | their respective clients and opposing counsel for the purposes specified in Fed.R.Civ.P. 26(f), Civil L.R. 16-8 |
| 16 | and 16-9, and in patent cases, Patent L.R. 3.1 through 3.6. A meaningful meet and confer process prior to the |
| 17 | Case Management Conference and good faith compliance with the requirements of this Order are essential |
| 18 | elements of effective case management. Failure to meet and confer, to be prepared for the Case Management |
| 19 | Conference or to file a Joint Case Management Conference Statement may result in sanctions. Parties may, but |
| 20 | are not required, to attend the Case Management Conference. |
| 21 | In all "E-filing" cases when filing papers in connection with any motion for determination by a judge, |
| 22 | the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by |
| 23 | the close of the next court day following the day the papers are filed electronically. These printed copies shall be |
| 24 | marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with the |
| 25 | judge's name, case number and "E-filing Chambers Copy." Parties shall not file a paper copy of any document |
| 26 | with the Clerk's Office that has already been filed electronically. |
| 27 | IT IS SO ORDERED. |
| 28 | Dated: Effective on the date this order is filed, until further court order. |

2

James Ware
United States District Judge

Ronald M. Whyte
United States District Judge

Jeremy Fogel
United States District Judge

Patricia V. Trumbull
United States Chief Magistrate Judge

Richard Seeborg
United States Magistrate Judge

Howard R. Lloyd
United States Magistrate Judge

| | |
|---|---|
| 1 | MARIANNE C. ROSSI, ESQ. (SBN: 117377) |
| 2 | LAW OFFICES OF MARIANNE C. ROSSI<br>702 Marshall St., Suite 500<br>Redwood City, CA 94063 |
| 3 | (650) 364-7034 |
| 4 | Attorney for Plaintiff,<br>MELISSA DEATHERIDGE |
| 5 | UNITED STATES DISTRICT COURT |
| 6 | NORTHERN DISTRICT OF CALIFORNIA |
| 7 | |
| 8 | MELISSA DEATHERAGE,                    CASE NO.  C08-00660 HRL |
| 9 | Plaintiff,                                            PROOF OF SERVICE |
| 10 | vs. |
| 11 | COUNTY OF SANTA CLARA,<br>CARL SIMS, R. LIDDLE AND |
| 12 | DOES 1 through 10, |
| 13 | Defendants.<br>                                                    / |
| 14 | I, Sharon Renee Gallagher, hereby declare as follows: |
| 15 | I am employed at the Law Offices of Marianne C. Rossi, 702 Marshall St., #500, |
| 16 | Redwood City, California 94063.  I am over the age of eighteen years and am not a party to |
| 17 | this action.  On February 6, 2008, I served the within document(s): |
| 18 | **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES** |
| 19 | in compliance with Civil L.R. 5-6(a), via electronic mail and regular mail as follows: |
| 20 | Ann Miller Ravel, Esq. |
| 21 | Office of County Counsel<br>70 West Hedding, East Wing, 9th Floor |
| 22 | San Jose, Ca  95110-1770 |
| 23 | I declare under penalty of perjury under the laws of the State of California that the above |
| 24 | is true and correct, executed February 6, 2008, at Redwood City, California. |
| 25 | /s/ SHARON RENEE GALLAGHER<br>        Sharon R. Gallagher |
| 26 | |
| 27 | Proof of Service |
| 28 | |

MARIANNE C. ROSSI, ESQ. (SBN: 117377)
LAW OFFICES OF MARIANNE C. ROSSI
702 Marshall St., Suite 500
Redwood City, CA 94063
(650) 364-7034

Attorney for Plaintiff, Melissa Deatheridge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DEATHERIDGE,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, CARL SIMS, R. LIDDLE AND DOES 1 through 10,<br><br>Defendants.<br>_______________________________/ | CASE NO. C08-00660 HRL<br><br>STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES |

Attached hereto as Exhibit "A" is a Case Management in Civil Cases in regards to the above-entitled matter.

Dated: February 6, 2008

/s/MARIANNE C. ROSSI
Signature
Counsel for Plaintiff

```
 1   IN THE UNITED STATES DISTRICT COURT
 2   FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4                    SAN JOSE DIVISION
 5   Case No. C08-00660 HRL
 6
 7              STANDING ORDER REGARDING
 8            CASE MANAGEMENT IN CIVIL CASES
 9
10      This order sets forth requirements for initial case management in all civil matters assigned to District
11   Judges James Ware, Ronald M. Whyte and Jeremy Fogel, and Magistrate Judges Patricia V. Trumbull, Richard
12   Seeborg, and Howard R. Lloyd. All papers filed must include the case number of the action followed by the
13   initials of the assigned district judge or magistrate judge and, if applicable, the initials of the magistrate judge to
14   whom the action is referred for discovery or other pretrial activity.
15      Plaintiff shall serve a copy of this Standing Order on all parties to this action and on all parties
16   subsequently joined, in accordance with Fed.R.Civ.P. 4 and 5. Following service, plaintiff shall file a certificate
17   of service in accordance with Civil L.R. 5-6(a).
18      All disclosure or discovery disputes in cases assigned to district judges are referred to the assigned
19   magistrate judge for determination pursuant to Fed.R.Civ.P. 72(a). Magistrate judges themselves handle
20   disclosure and discovery disputes in the cases assigned to them.
21      Before selecting a hearing date for a motion before any of the judges of the San Jose Division, counsel
22   must confer with opposing counsel to determine that the proposed hearing date will not cause undue prejudice.
23      Civil motions under Civil L.R. 7-2 in cases assigned to Judge Ware may be noticed for hearing on any
24   Monday at 9:00 a.m.
25      Civil motions under Civil L.R. 7-2 in cases assigned to Judge Whyte may be noticed for hearing on any
26   Friday at 9:00 a.m.
27
28
```

FILED JUL 11 2002 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

1  Civil motions under Civil L.R. 7-2 in cases assigned to Judge Fogel may be noticed for hearing only
2  after contacting Judge Fogel's judicial secretary, Teresa Fleishman, at 408-535-5426 and obtaining an available
3  date.
4  Civil motions under Civil L.R. 7-2 in cases assigned to Magistrate Judge Trumbull may be noticed for
5  hearing on any Tuesday at 10:00 a.m.
6  Civil motions under Civil L.R. 7-2 in cases assigned to Magistrate Judge Seeborg may be noticed for
7  hearing on any Wednesday at 9:30 a.m.
8  Civil motions under Civil L.R. 7-2 in cases assigned to Magistrate Judge Lloyd may be noticed for
9  hearing on any Tuesday at 10:00 a.m.
10  Pursuant to Fed.R.Civ.P. 16 and 26 and Civil L.R. 16-10(a), a Case Management Conference will be
11  held on 5/20/08 at 1:30pm, at the United States Courthouse, 280
12  South First Street, San Jose, California. This conference may be continued only by court order pursuant to Civil
13  L.R. 16-2(e). Parties may not stipulate to continue a Case Management Conference without court approval.
14  Pursuant to Civil L.R. 16-3, in advance of the Case Management Conference, counsel shall confer with
15  their respective clients and opposing counsel for the purposes specified in Fed.R.Civ.P. 26(f), Civil L.R. 16-8
16  and 16-9, and in patent cases, Patent L.R. 3.1 through 3.6. A meaningful meet and confer process prior to the
17  Case Management Conference and good faith compliance with the requirements of this Order are essential
18  elements of effective case management. Failure to meet and confer, to be prepared for the Case Management
19  Conference or to file a Joint Case Management Conference Statement may result in sanctions. Parties may, but
20  are not required, to attend the Case Management Conference.
21  In all "E-Filing" cases when filing papers in connection with any motion for determination by a judge,
22  the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by
23  the close of the next court day following the day the papers are filed electronically. These printed copies shall be
24  marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with the
25  judge's name, case number and "E-filing Chambers Copy." Parties shall not file a paper copy of any document
26  with the Clerk's Office that has already been filed electronically.
27  IT IS SO ORDERED.
28  Dated: Effective on the date this order is filed, until further court order.

2

3

_____
James Ware
United States District Judge

_____
Ronald M. Whyte
United States District Judge

_____
Jeremy Fogel
United States District Judge

_____
Patricia V. Trumbull
United States Chief Magistrate Judge

_____
Richard Seeborg
United States Magistrate Judge

_____
Howard R. Lloyd
United States Magistrate Judge

1 | MARIANNE C. ROSSI, ESQ. (SBN: 117377)
2 | LAW OFFICES OF MARIANNE C. ROSSI
    702 Marshall St., Suite 500
    Redwood City, CA 94063
3 | (650) 364-7034
4 | Attorney for Plaintiff,
    MELISSA DEATHRIDGE
5
    UNITED STATES DISTRICT COURT
6
    NORTHERN DISTRICT OF CALIFORNIA
7
8 | MELISSA DEATHERAGE,                CASE NO. C08-00660 HRL
9 |                 Plaintiff,
                                        PROOF OF SERVICE
10 |        vs.
11 | COUNTY OF SANTA CLARA,
     CARL SIMS, R. LIDDLE AND
     DOES 1 through 10,
12
13 |                 Defendants.
                                    /
14 | I, Sharon Renee Gallagher, hereby declare as follows:
15 | I am employed at the Law Offices of Marianne C. Rossi, 702 Marshall St., #500,
16 | Redwood City, California 94063.  I am over the age of eighteen years and am not a party to
17 | this action.  On February 6, 2008, I served the within document(s):
18 | STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES
19 | in compliance with Civil L.R. 5-6(a), via electronic mail and regular mail as follows:
20 | Ann Miller Ravel, Esq.
21 | Office of County Counsel
     70 West Hedding, East Wing, 9th Floor
     San Jose, Ca 95110-1770
22
23 | I declare under penalty of perjury under the laws of the State of California that the above
     is true and correct, executed February 6, 2008, at Redwood City, California.
24
     /s/ SHARON RENEE GALLAGHER
25 |     Sharon R. Gallagher
26
27 | Proof of Service
28