MARIANNE C. ROSSI, ESQ. (SBN: 117377)
LAW OFFICES OF MARIANNE C. ROSSI
702 Marshall St., Suite 500
Redwood City, CA 94063
(650) 364-7034

Attorney for Plaintiff, Melissa Deatheridge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MELISSA DEATHERIDGE,

    Plaintiff,

vs.

COUNTY OF SANTA CLARA, CARL SIMS, R. LIDDLE AND DOES 1 through 10,

    Defendants.

CASE NO. C08-00660 HRL

STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

Attached hereto as Exhibit "A" is a Case Management in Civil Cases in regards to the above-entitled matter.

Dated: February 6, 2008

/s/ MARIANNE C. ROSSI
_____
Signature
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Case No. C08-00660 HRL

STANDING ORDER REGARDING

CASE MANAGEMENT IN CIVIL CASES

This order sets forth requirements for initial case management in all civil matters assigned to District Judges James Ware, Ronald M. Whyte and Jeremy Fogel, and Magistrate Judges Patricia V. Trumbull, Richard Seeborg, and Howard R. Lloyd. All papers filed must include the case number of the action followed by the initials of the assigned district judge or magistrate judge and, if applicable, the initials of the magistrate judge to whom the action is referred for discovery or other pretrial activity.

Plaintiff shall serve a copy of this Standing Order on all parties to this action and on all parties subsequently joined, in accordance with Fed.R.Civ.P. 4 and 5. Following service, plaintiff shall file a certificate of service in accordance with Civil L.R. 5-6(a).

All disclosure or discovery disputes in cases assigned to district judges are referred to the assigned magistrate judge for determination pursuant to Fed.R.Civ.P. 72(a). Magistrate judges themselves handle disclosure and discovery disputes in the cases assigned to them.

Before selecting a hearing date for a motion before any of the judges of the San Jose Division, counsel must confer with opposing counsel to determine that the proposed hearing date will not cause undue prejudice.

Civil motions under Civil L.R. 7-2 in cases assigned to Judge Ware may be noticed for hearing on any Monday at 9:00 a.m.

Civil motions under Civil L.R. 7-2 in cases assigned to Judge Whyte may be noticed for hearing on any Friday at 9:00 a.m.

FILED JUL 11 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

1  Civil motions under Civil L.R. 7-2 in cases assigned to Judge Fogel may be noticed for hearing only
2  after contacting Judge Fogel's judicial secretary, Teresa Fleishman, at 408-535-5426 and obtaining an available
3  date.
4  Civil motions under Civil L.R. 7-2 in cases assigned to Magistrate Judge Trumbull may be noticed for
5  hearing on any Tuesday at 10:00 a.m.
6  Civil motions under Civil L.R. 7-2 in cases assigned to Magistrate Judge Seeborg may be noticed for
7  hearing on any Wednesday at 9:30 a.m.
8  Civil motions under Civil L.R. 7-2 in cases assigned to Magistrate Judge Lloyd may be noticed for
9  hearing on any Tuesday at 10:00 a.m.
10  Pursuant to Fed.R.Civ.P. 16 and 26 and Civil L.R. 16-10(a), a Case Management Conference will be
11  held on ___5/20/08___ at ___1:30pm___, at the United States Courthouse, 280
12  South First Street, San Jose, California. This conference may be continued only by court order pursuant to Civil
13  L.R. 16-2(e). Parties may not stipulate to continue a Case Management Conference without court approval.
14  Pursuant to Civil L.R. 16-3, in advance of the Case Management Conference, counsel shall confer with
15  their respective clients and opposing counsel for the purposes specified in Fed.R.Civ.P. 26(f), Civil L.R. 16-8
16  and 16-9, and in patent cases, Patent L.R. 3.1 through 3.6. A meaningful meet and confer process prior to the
17  Case Management Conference and good faith compliance with the requirements of this Order are essential
18  elements of effective case management. Failure to meet and confer, to be prepared for the Case Management
19  Conference or to file a Joint Case Management Conference Statement may result in sanctions. Parties may, but
20  are not required, to attend the Case Management Conference.
21  In all "E-filing" cases when filing papers in connection with any motion for determination by a judge,
22  the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by
23  the close of the next court day following the day the papers are filed electronically. These printed copies shall be
24  marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with the
25  judge's name, case number and "E-filing Chambers Copy." Parties shall not file a paper copy of any document
26  with the Clerk's Office that has already been filed electronically.
27  IT IS SO ORDERED.
28  Dated: Effective on the date this order is filed, until further court order.

2

3

_____
James Ware
United States District Judge

_____
Ronald M. Whyte
United States District Judge

_____
Jeremy Fogel
United States District Judge

_____
Patricia V. Trumbull
United States Chief Magistrate Judge

_____
Richard Seeborg
United States Magistrate Judge

_____
Howard R. Lloyd
United States Magistrate Judge

1 | MARIANNE C. ROSSI, ESQ. (SBN: 117377)
2 | LAW OFFICES OF MARIANNE C. ROSSI
    | 702 Marshall St., Suite 500
    | Redwood City, CA 94063
3 | (650) 364-7034
4 | Attorney for Plaintiff,
    | MELISSA DEATHERIDGE

5 | UNITED STATES DISTRICT COURT
6 | NORTHERN DISTRICT OF CALIFORNIA

7 | MELISSA DEATHERAGE,                    CASE NO. C08-00660 HRL
8 |
9 |                Plaintiff,              PROOF OF SERVICE
10 | vs.
11 | COUNTY OF SANTA CLARA,
     | CARL SIMS, R. LIDDLE AND
     | DOES 1 through 10,
12 |
13 |                Defendants.
     | _____ /

14 | I, Sharon Renee Gallagher, hereby declare as follows:
15 | I am employed at the Law Offices of Marianne C. Rossi, 702 Marshall St., #500,
16 | Redwood City, California 94063. I am over the age of eighteen years and am not a party to
17 | this action. On February 6, 2008, I served the within document(s):
18 | **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**
19 | in compliance with Civil L.R. 5-6(a), via electronic mail and regular mail as follows:

20 | Ann Miller Ravel, Esq.
21 | Office of County Counsel
     | 70 West Hedding, East Wing, 9th Floor
     | San Jose, Ca 95110-1770
22 |
23 | I declare under penalty of perjury under the laws of the State of California that the above
     | is true and correct, executed February 6, 2008, at Redwood City, California.
24 |
     | /s/ SHARON RENEE GALLAGHER
25 | Sharon R. Gallagher
26 |
27 | Proof of Service
28 |