1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding, East Wing, 9th Floor
   San Jose, California  95110-1770
4  Telephone:  (408) 299-5900
   Facsimile:  (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA,
   CARL SIMS, and ROBERT LIDDLE
7  (sued herein as "R. LIDDLE")

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA
                              (San Jose)
11

12 MELISSA DEATHRIDGE              )    No.    C08-00660 HRL
                                   )
13        Plaintiff,               )    **DEFENDANTS' CONSENT TO**
                                   )    **PROCEED BEFORE A UNITED**
14 v.                              )    **STATES MAGISTRATE JUDGE**
                                   )
15                                 )
   COUNTY OF SANTA CLARA, et al.   )
16                                 )
                                   )
17        Defendants.              )
   _____)
18

19        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

20        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

21 party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all

22 further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal

23 //

24 //

25 //

26 //

27 //

28 //

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Consent to Proceed Before
a United States Magistrate Judge          -1-              C08-00660 HRL

1   from the judgment shall be taken directly to the United States Court of Appeals for the Ninth

2   Circuit.

3   Dated:   February 7, 2008                     Respectfully submitted,

4                                                 ANN MILLER RAVEL
                                                  County Counsel
5

6                                       By:       _____/S/_____
                                                  KEVIN M. HAMMON
7                                                 Deputy County Counsel

8                                                 Attorneys for Defendants
                                                  COUNTY OF SANTA CLARA,
9                                                 CARL SIMS, and ROBERT LIDDLE
                                                  (sued herein as "R. LIDDLE")
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   112576.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Consent to Proceed Before
a United States Magistrate Judge          -2-                    C08-00660 HRL