MELISSA DEATHRIDGE

              Plaintiff(s),

Case No. C08-00660 HRL

ADR CERTIFICATION BY PARTIES AND COUNSEL

            v.

COUNTY OF SANTA CLARA, et al.

              Defendant(s).

_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/29/08

*Melissa Deathridge*
[Party]

Dated: 4/29/08

*[signature]*
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."