```
 1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
    MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
 2  KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
    OFFICE OF THE COUNTY COUNSEL
 3  70 West Hedding, East Wing, 9th Floor
    San Jose, California  95110-1770
 4  Telephone:  (408) 299-5900
    Facsimile:  (408) 292-7240
 5
    Attorneys for Defendants
 6  COUNTY OF SANTA CLARA, CARL
    SIMS, and ROBERT LIDDLE (SUED
 7  HEREIN AS "R. LIDDLE")

 8  MARIANNE C. ROSSI, (S.B. # 117377)
    LAW OFFICES OF MARIANNE C. ROSSI
 9  702 Marshall Street, Suite 500
    Redwood City, California 94063
10  Telephone:  (650) 364-7030
    Facsimile:  (650) 364-3054
11
    Attorney for Plaintiff
12  MELISSA DEATHRIDGE
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DEATHRIDGE, | No.   C08-00660 HRL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| COUNTY OF SANTA CLARA et. al., | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Mediation (ADR L.R. 6).

The parties agree to hold the ADR session by July 31, 2008.

/ /

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed]
Order Selecting ADR Process         1                    C08-00660 HRL

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/S/) within this efiled document

3  ANN MILLER RAVEL
   County Counsel
4

5  Dated: April 29, 2008    By:    /S/
                                   MELISSA R. KINIYALOCTS
6                                  Deputy County Counsel

7  Attorneys for Defendants
   COUNTY OF SANTA CLARA, CARL
8  SIMS, and ROBERT LIDDLE (SUED
   HEREIN AS "R. LIDDLE")
9

10

11 Dated: April 29, 2008    By:    /S/
                                   MARIANNE C. ROSSI
12

   Attorneys for Plaintiff
13 MELISSA DEATHRIDGE

14

15                          **[PROPOSED] ORDER**

16  Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation.

17 The deadline for ADR session is July 31, 2008.

18  IT IS SO ORDERED.

19

20 Dated:_____        _____
                                UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28 124190.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed]
Order Selecting ADR Process                2                           C08-00660 HRL