1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding, East Wing, 9th Floor
   San Jose, California  95110-1770
4  Telephone:  (408) 299-5900
   Facsimile:  (408) 292-7240                    **ORDER E-FILED 4/30/2008*
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA, CARL
   SIMS, and ROBERT LIDDLE (SUED
7  HEREIN AS "R. LIDDLE")

8  MARIANNE C. ROSSI, (S.B. # 117377)
   LAW OFFICES OF MARIANNE C. ROSSI
9  702 Marshall Street, Suite 500
   Redwood City, California 94063
10 Telephone:  (650) 364-7030
   Facsimile:  (650) 364-3054
11
   Attorney for Plaintiff
12 MELISSA DEATHRIDGE

13

14                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16

17 MELISSA DEATHRIDGE,              )  No.   C08-00660 HRL
                                    )
18        Plaintiff,                )  STIPULATION AND [PROPOSED] ORDER
                                    )  SELECTING ADR PROCESS
19                                  )
   v.                               )
20                                  )
   COUNTY OF SANTA CLARA et. al.,   )
21                                  )
          Defendants.               )
22 _____ )

23      Counsel report that they have met and conferred regarding ADR and have reached the

24 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

25      The parties agree to participate in Mediation (ADR L.R. 6).

26      The parties agree to hold the ADR session by July 31, 2008.

27 //

28 //

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed]
Order Selecting ADR Process            1            C08-00660 HRL

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document

ANN MILLER RAVEL
County Counsel

Dated: April 29, 2008        By:    /S/
MELISSA R. KINIYALOCTS
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, CARL SIMS, and ROBERT LIDDLE (SUED HEREIN AS "R. LIDDLE")

Dated: April 29, 2008        By:    /S/
MARIANNE C. ROSSI

Attorneys for Plaintiff
MELISSA DEATHRIDGE

## X̶P̶R̶O̶P̶O̶S̶E̶D̶ ORDER     court-sponsored

Pursuant to the Stipulation above, the captioned matter is hereby referred to ^ Mediation. The deadline for ADR session is July 31, 2008.

IT IS SO ORDERED.

Dated: April 30, 2008        _____
UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD

124190.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed]
Order Selecting ADR Process        2        C08-00660 HRL