1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding, East Wing, 9th Floor
   San Jose, California  95110-1770
4  Telephone:  (408) 299-5900
   Facsimile:  (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA,
   CARL SIMS, ROBERT LIDDLE
7  (SUED HEREIN AS "R. LIDDLE")

8  MARIANNE C. ROSSI, ESQ.
   LAW OFFICES OF MARIANNE C. ROSSI
9  702 Marshall St., #500
   Redwood City, CA  94063
10 Telephone:  (650) 364-7034

11 Attorney for Plaintiff
   MELISSA DEATHRIDGE

12

13               UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA
                        (San Jose)

15

16 MELISSA DEATHRIDGE          )   No.    C08-00660 HRL
                               )
17      Plaintiff,             )   **JOINT INITIAL CASE MANAGEMENT**
                               )   **CONFERENCE STATEMENT**
18 v.                          )
                               )   Date:    May 20, 2008
19 COUNTY OF SANTA CLARA, et al.)  Time:    1:30 p.m.
                               )   Crtrm.:  2, 5th Floor
20      Defendants.            )   Judge:   Magistrate Judge Howard R. Lloyd
   _____ )

21

22      Pursuant to Civil Local Rule 16-9, Plaintiff Melissa Deathridge and Defendants County of

23 Santa Clara, Carl Sims, and Robert Liddle submit this Joint Case Management Conference

24 Statement and request the Court to adopt the statement as its Case Management Order in this

25 case.

26 1.    Jurisdiction and Service:

27      This Court has jurisdiction over this 42 U.S.C. § 1983 action pursuant to 28 U.S.C. §

28 1331.  All parties have been served.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

2.    <u>Facts</u>:

On November 29, 2007, Defendants Deputies Carl Sims and Robert Liddle, who were in plain clothes, allegedly, and working "after hours" attempted to serve a $5,000.00 arrest warrant on Plaintiff, Melissa Deathridge at 3575 Almaden Road, San Jose, California.  When Melissa Deathridge asked for their identification to ascertain whether or not they were officers, they allegedly advised her that they were not required to produce the same.  She thereafter, allegedly, turned her back on them after they had refused to provide her with proper identification and ran back to the house door.  The officers allegedly hopped over the fence and pursued her to the front door.  As she turned the handle to open the door, she was allegedly knocked off her feet and pushed into the door.  Both Defendant officers allegedly knocked the door off its hinges, and landed on top of Plaintiff (along with the door).  Plaintiff's hand was allegedly bleeding after the door fell on her.  The officers transported Plaintiff to Santa Clara County's Valley Medical Center.  An X-ray of Plaintiff's hand revealed no broken bones.  A bandage was place over the alleged large cut in her hand.  Plaintiff was then taken to the jail, where she was booked on the warrant and one charge of resisting arrest (Cal. Penal Code Sec. 148).  Both charges were later resolved by voluntary dismissal by the District Attorney for Santa Clara County.

3.    <u>Legal Issues</u>:

The disputed legal issues include, but may not be limited to: 1) whether Defendants may be held liable under Plaintiff's first cause of action for assault; 2) whether Defendants may be held liable under Plaintiff's second cause of action for battery; and 3) whether Defendants may be held liable under Plaintiff's third cause of action under 42 U.S.C. section 1983, for violations of the Fourth, Sixth, and Fourteenth Amendments to the Constitution of the United States.

4.    <u>Motions</u>:

There are no pending motions, however, Defendants may file a dispositive motion.

5.    <u>Amendment of Pleadings</u>:

The parties do not anticipate any amendments to the pleadings.

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Joint Initial Case Management
Conference Statement                    -2-                    C08-00660 HRL

6.    Evidence Preservation:

Defendants have preserved evidence, including police reports and documents pertaining to Plaintiff's criminal proceedings.  Plaintiff has preserved evidence, including medical records and records of criminal proceedings as well.

7.    Disclosures:

The parties will serve their initial disclosures by June 16, 2008.

8.    Discovery:

Discovery has not yet begun.  The parties do not anticipate any modifications to the discovery rules.

9.    Class Actions:

This action is not a class action.

10.    Related Cases:

There are no related cases.

11.    Relief:

Plaintiff seeks general damages, medical and related expenses, attorney's fees, lost earnings, and costs of suit.

12.    Settlement and ADR:

Counsel have met and conferred regarding ADR and have agreed to participate in mediation.

13.    Consent to Magistrate Judge for All Purposes:

The parties have consented to proceeding before a Magistrate Judge.

14.    Other References:

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.    Narrowing of Issues:

This case does not require liability to be bifurcated from damages at trial.

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Joint Initial Case Management
Conference Statement                    -3-                    C08-00660 HRL

1   16.   <u>Expedited Schedule</u>:

2         Due to the disputed factual and legal issues this is not a case that is suitable for handling

3   on an expedited basis.

4   17.   <u>Scheduling</u>:

5         The parties propose the following:

6         Expert disclosure         March 10, 2009

7         Discovery cutoff         April 14, 2009

8         Dispositive motions         April 28, 2009

9         Pretrial conference         June 4, 2009

10         Trial         June 15,  2009

11   18.   <u>Trial</u>:

12         The parties have requested a jury trial.

13   19.   <u>Disclosure of Non-Party Interested Entities or Persons</u>:

14         Defendants are the County of Santa Clara and employees thereof.  Therefore, they are not

15   required to file a Certification of Interested Entities or Persons.

16         I hereby attest that I have on file the holograph signature for the signature indicated by a

17   "conformed" signature (/S/) within this e-filed document.

18   Dated:  May 9, 2008         Respectfully submitted,

19         ANN MILLER RAVEL
           County Counsel

20

21         By:   _____/S/_____

22         KEVIN M. HAMMON
           Deputy County Counsel

23         Attorneys for Defendants
           COUNTY OF SANTA CLARA,

24         CARL SIMS, ROBERT LIDDLE
           (sued herein as "R. LIDDLE")

25

26   Dated:  May 9, 2008         By:   _____/S/_____
           MARIANNE C. ROSSI, ESQ.

27

28         Attorneys for Plaintiff
           MELISSA DEATHRIDGE

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Joint Initial Case Management
Conference Statement        -4-        C08-00660 HRL