```
MARIANNE C. ROSSI, ESQ. (SBN: 117377)
LAW OFFICES OF MARIANNE C. ROSSI
702 Marshall St., #500
Redwood City, CA  94063

Attorney for Plaintiff,
MELISS DEATHRIDGE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| MELISSA DEATHRIDGE<br><br>   Plaintiff,<br><br>   vs.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>   Defendant. | CASE NO.  C08-00660 HRL<br><br>REQUEST OF PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date:  May 20, 2008<br>Time:  1:30p.m.<br>Courtroom:  2, 5th Floor<br>Judge:  Magistrate Judge Howard R. Lloyd |

   Marianne C. Rossi, Attorney for Plaintiff, Melissa Deathridge, requests that she be allowed to appear telephonically for the currently set Case Management Conference scheduled in this case for May 20, 2008 at 1:30p.m.

   If acceptable to the court, she will schedule this court appearance through Courtcall.

   Dated:  May 15, 2008

                              /S/
                    ──────────────────────
                         Marianne C. Rossi

PROOF OF SERVICE

I, Sharon Renee Gallager, declare:

I am, and was at the time of the service hereinafter mentioned, a citizen of the United States of America, employed in the County of San Mateo, California. I am over the age of eighteen years and not a party to the within cause; my business address is 702 Marshall St., Redwood City, California 94063.

On, May15, 2008, I caused to be served: REQUEST OF PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE: on the named persons involved at the following address:

Ann Miller Ravel, Esq.
Melissa R. Kiniyalocts, Esq.
Office of the County Counsel
70 West Hedding East Wing, 9th Floor
San Jose, CA   95110-1770

PERSONAL DELIVERY:  I caused each such envelope to be delivered by hand to each of the above. (CCP Section 1010).

__CERTIFIED MAIL - RETURN RECEIPT REQUESTED

__BY MAIL:  I placed each such sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Redwood City, California, following ordinary business practices.  I am readily familiar with the practice of this office for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day it is placed for collection.

__ BY FEDERAL EXPRESS.  I caused such sealed envelope to be delivered by overnight service to the addressee noted above.

X__BY FACSIMILE TRANSMISSION I transmitted the above described documents by facsimile machine, pursuant to Rule 2008 from Fax number (650) 364-3054 to the fax number(s) listed above.  The facsimile machine that I used complied with Rule 2003(3) and no error was reported by the machine.

___ VIA EMAIL

_ VIA EFILING

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 15, 2008

/s/ SHARON RENEE GALLAGHER
SHARON RENEE GALLAGHER