MARIANNE C. ROSSI, ESQ. (SBN: 117377)
LAW OFFICES OF MARIANNE C. ROSSI
702 Marshall St., #500
Redwood City, CA 94063

Attorney for Plaintiff,
MELISS DEATHRIDGE

**DENIED**
*Judge Howard R. Lloyd*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| MELISSA DEATHRIDGE<br><br>　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>　　Defendant. | CASE NO. C08-00660 HRL<br><br>REQUEST OF PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date: May 20, 2008<br>Time: 1:30p.m.<br>Courtroom: 2, 5th Floor<br>Judge: Magistrate Judge Howard R. Lloyd |

　　Marianne C. Rossi, Attorney for Plaintiff, Melissa Deathridge, requests that she be allowed to appear telephonically for the currently set Case Management Conference scheduled in this case for May 20, 2008 at 1:30p.m.

　　If acceptable to the court, she will schedule this court appearance through Courtcall.

　　Dated: May 15, 2008

　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　Marianne C. Rossi