1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA,
6  CARL SIMS, ROBERT LIDDLE
   (Sued Herein as "R. LIDDLE")
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA
                        (San Jose)
10

11 MELISSA DEATHRIDGE           )   No.   C08-00660 HRL
                                )
12      Plaintiff,              )   **NOTICE OF SUBSTITUTION OF**
                                )   **COUNSEL**
13 v.                           )
                                )
14 COUNTY OF SANTA CLARA, et al.)
                                )
15      Defendants.             )
                                )
16

17 TO PLAINTIFF AND HER ATTORNEY OF RECORD:

18     Notice is hereby given that Deputy County Counsel Mark F. Bernal has been assigned to

19 represent Defendants County of Santa Clara, Carl Sims, Robert Liddle in the defense of the

20 above-entitled action.

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1  All future pleadings and communications previously addressed to Deputy County
2  Counsel Kevin M. Hammon, and Deputy County Counsel Melissa R. Kiniyalocts, should be
3  addressed to Deputy County Counsel Mark F. Bernal.

4  Dated:  May 20, 2008                              Respectfully submitted,

5                                                    ANN MILLER RAVEL
                                                     County Counsel
6

7                                           By:         /S/
                                                     MARK F. BERNAL
8                                                    Deputy County Counsel

9                                                    Attorneys for Defendants
                                                     COUNTY OF SANTA CLARA,
10                                                   CARL SIMS, ROBERT LIDDLE
                                                     (Sued Herein as "R. LIDDLE")