# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   May 20, 2008                                     Time in Court: 6 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**   Melissa Deathridge v. County of Santa Clara et al
**CASE NUMBER**: C08-00600HRL
Plaintiff Attorney present: Marianne Rossi
Defendant Attorney present: Mark Bernal

---

**PROCEEDINGS: Case Management Conference**

 Parties are referred to Mediation.

Jury trial scheduled for February 23, 2009 with a pre-trial conference scheduled for February 17, 2008.

Court to issue written order.