**\*E-FILED 5/20/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA DEATHRIDGE, | No. C08-00660 HRL |
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| COUNTY OF SANTA CLARA, CARL SIMS and R. LIDDLE, | |
| Defendants. | |

On May 20, 2008, the parties appeared for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussion held at the Conference, the court orders as follows:

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

On April 30, 2008, at the parties' request, the case was referred to the Court's Alternative Dispute Resolution Program for Mediation.

The parties shall contact the chambers of Magistrate Judge Richard Seeborg well in advance of the Pretrial Conference to arrange a Settlement Conference to take place just prior to

the Pretrial Conference.

The parties shall complete their initial disclosures by May 30, 2008.

The following schedule shall apply to this case:

Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 14, 2008

Last Day for Hearing on Dispositive Motions . . . . . . . . . . January 13, 2009, 10:00 a.m.

Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . February 17, 2009, 1:30 p.m.

Jury Trial (estimated 3 days) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 23, 2009

Any motions to compel fact discovery must be filed no later than seven court days after the Fact Discovery Cutoff.  (See Civ. L.R. 26-2).

Furthermore, the parties shall comply with the undersigned's Standing Order re: Pretrial Preparation with regard to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.[1]

IT IS SO ORDERED.

Dated: May 20, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of this court's standing orders from the clerk of the court, or on the court's website (www.cand.uscourts.gov).

**5:08-cv-660 Notice has been electronically mailed to:**

Mark F. Bernal   mark.bernal@cco.sccgov.org

Kevin Hammon   kevin.hammon@cco.sccgov.org, cathy.grijalva@cco.sccgov.org

Melissa R. Kiniyalocts   melissa.kiniyalocts@cco.co.scl.ca.us

Marianne Clare Rossi   mcrattlaw@aol.com, mcrattlaw@yahoo.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**United States District Court**
For the Northern District of California