# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Deathridge,<br><br>             Plaintiff(s),<br><br>    v.<br><br>County of Santa Clara,<br><br>             Defendant(s). | 08-00660 HRL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

   The court notifies the parties and counsel that the Mediator assigned to this case is:

   **David T. Alexander**
   McDermott Will & Emery
   3150 Porter Drive
   Palo Alto, CA 94304-1212
   650-813-5007

   Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00660 HRL MED                          - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

Dated: July 18, 2008

RICHARD W. WIEKING  
Clerk  
by:    Claudia M. Forehand



_____  
ADR Case Administrator  
415-522-2059  
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-00660 HRL MED                     - 2 -