```
 1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
    MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
 2  OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
 3  San Jose, California 95110-1770
    Telephone: (408) 299-5900                    *ORDER E-FILED 9/8/2008*
 4  Facsimile: (408) 292-7240

 5  Attorneys for Defendants
    COUNTY OF SANTA CLARA, CARL
 6  SIMS, ROBERT LIDDLE (SUED
    HEREIN AS "R. LIDDLE")
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DEATHRIDGE<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA et al.<br><br>    Defendants. | No. C08-00660 HRL<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The Plaintiff and Defendants hereto, by and through their counsel of record, hereby stipulate and agree to an order dismissing this entire action with prejudice as to all named defendants.

// 
// 
// 
// 
// 
// 
// 
// 
// 

Stipulation and Order Dismissing
Entire Action With Prejudice                -1-                          C08-00660 HRL

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

1  Each side shall bear their own attorneys' fees and costs of the suit.
2  IT IS SO STIPULATED:
3  Dated: 7/2/08

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: /s/
MARK F. BERNAL
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
CARL SIMS, ROBERT LIDDLE
(SUED HEREIN AS "R. LIDDLE")

Dated: 7/1/08

LAW OFFICES OF
MARIANNE C. ROSSI

By: /s/
MARIANNE C. ROSSI

Attorneys for Plaintiff,
MELISSA DEATHRIDGE

IT IS SO ORDERED:

Dated: September 8, 2008

/s/
HOWARD LLOYD
United States District Magistrate Judge

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing
Entire Action With Prejudice          -2-           C08-00660 HRL